NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30214 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-06097-LRS-1 |
| v. | |
| CLAUDIA FARIAS-SANCHEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, District Judge, Presiding

Submitted July 17, 2012[**]

Before:     SCHROEDER, THOMAS and SILVERMAN, Circuit Judges.

Claudia Farias-Sanchez appeals from the 30–month sentence imposed following her guilty-plea conviction for being found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Farias-Sanchez contends that the sentence was substantively unreasonable. Her sentence below the Guidelines range was not substantively unreasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**